UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 11-388 (DMC) |
| v. : | |
| AMED REY PARRA, : | ORDER OF DEFAULT AND BOND FORFEITURE JUDGMENT |
| Defendant : | |
| MAIDEIVYS RODRIGUEZ, MAIDELIS PEREZ, and IRAIZA FEITO YERA : | |
| Sureties : | |

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Stacey A. Levine, Assistant U.S. Attorney, appearing), for an Order Seeking Default and Bond Forfeiture Judgment; defendant Amed Rey Parra being a fugitive and having received notice of this Motion through his attorney of record, Miguel del Aguila, Esq.; sureties Maideivys Rodriguez, Maidelis Perez, and Iraiza Feito Yera having received notice through the office of William T. Walsh, Clerk of the Court; the Court having considered the record in this matter; and for good and sufficient cause shown, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure;

IT IS THE FINDING OF THIS COURT that the United States' motion should be granted for the following reasons:

(1) On or about March 18, 2011, bail was set in the above-entitled action for defendant Amed Rey Parra at $250,000 by the Honorable Patty Shwartz in the District of New Jersey. The bail was secured by the posting of the following property: 8808 Northwest 152nd

Terrace, Miami Lakes, Florida. Judge Shwartz further ordered that Defendant's release be contingent upon three sureties signing appearance bonds in the amount of $250,000.

(2) On March 18, 2011, Defendant, Maideivys Rodriguez, the defendant's wife, Maidelis Perez, and Iraiza Feito Yera, obligated themselves in the amount of $250,000, which bail was partially secured by Ms. Rodriguez' home described in paragraph 1 above. The conditions of the bond provided that the defendant was to be released into the third party custody of his wife, Ms. Rodriguez; restrict his travel to the District of New Jersey "for Court" and Florida; surrender all passports and travel documents belonging to Defendant, his wife and his son to pretrial services and not obtain new travel documents; report to pretrial services as directed; have no contact with co-conspirators, victims and/or witnesses, and if the defendant failed to perform these conditions, payment of the bond would be due forthwith;

(3) On July 19, 2011, Defendant Parra was ordered to appear for his arraignment before the Honorable Mark Falk. At the arraignment, Miguel del Aguila, Esq., counsel for Defendant Parra, advised Judge Falk that the week before the arraignment, he made clear to Defendant Parra that he was to appear before Judge Falk on July 19, 2011;

(4) Defendant Parra breached the conditions of his release and on or about July 19, 2011, Judge Falk issued a warrant for his arrest. The warrant remains outstanding. Since July 19, 2011, defense counsel and Pretrial Services have been unable to reach Defendant Parra. Defendant Parra has failed to report to pretrial services as required;

(5) Maideivys Rodriguez, Maidelis Perez, and Iraiza Feito Yera have received notice of the government's motion through their agent for service, the District Clerk for the District of New Jersey; and

(6) No party has opposed the government's motion.

WHEREFORE, IT IS on this ___ day of _____, 2011

ORDERED AND ADJUDGED that pursuant to Crim. R. 46(f) and Title 18, United States Code, Section 3146(d), a Default and Bond and Property Forfeiture Judgment is hereby entered against defendant Amed Rey Parra and sureties Maideivys Rodriguez, Maidelis Perez, and Iraiza Feito Yera. in the amount of $250,000. The United States Attorney shall have and recover from Amed Rey Parra, Maideivys Rodriguez, Maidelis Perez, and Iraiza Feito Yera, jointly and severally, judgment in the amount of $250,000, with interest thereon at the legal rate as provided by law; and it is further

ORDERED AND ADJUDGED that the property posted to secure defendant Amed Rey Parra's bail, located at 8808 Northwest 152nd Terrace, Miami Lakes, Florida, be forfeited, sold, and that the proceeds of the sale be applied as payment towards the $250,000 judgment.

HON. DENNIS M. CAVANAUGH
United States District Judge